**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| **HEATHER SHAFFER**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**OUTPATIENT IMAGING AFFILIATES, LLC**., and **NEBRASKA HEALTH IMAGING, LLC**.,<br><br>*Defendants*. | Case No: 3:26-cv-00211<br><br>Judge Aleta A. Trauger |

**ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

It appears to the Court, as evidenced by the Notice of Voluntary Dismissal Without Prejudice filed by Plaintiff Heather Shaffer pursuant to 41(a)(1)(A)(i) that this case against Defendants Outpatient Imaging Affiliates, LLC and Nebraska Health Imaging, LLC should be dismissed ***without prejudice***.

**IT IS HEREBY ORDERED** that Plaintiff Shaffer's claims in the above-styled matter are dismissed ***without prejudice***.

It is further **ORDERED** that each party will bear their own attorneys' fees, costs, and expenses.

District Judge Aleta A. Trauger